In the Matter of the Claim of MARY T. DEVANEY GAUZZA, Respondent, v. COLUMBIA PRESBYTERIAN HOSPITAL et al., Appellants, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.